176 So. 923

**Bill LIGHTNER v. STATE.**
4 Div. 370.

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Affirmed.

---

184 So. 917

**J. S. LILES v. STATE.**
4 Div. 450.

Court of Appeals of Alabama.
Nov. 29, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

189 So. 922

**M. A. LITTLE v. J. T. LITTLE, Adm'r.**
8 Div. 784.

Court of Appeals of Alabama.
May 18, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.

---

180 So. 900

**Earnest (alias Ernest) LITTLETON v. STATE.**
5 Div. 51.

Court of Appeals of Alabama.
April 19, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

---

178 So. 924

**James LITTLETON v. STATE.**
8 Div. 500.

Court of Appeals of Alabama.
Feb. 1, 1938.

SAMFORD, Judge.
Appeal dismissed.

---

178 So. 924

**Percy LIVINGSTON, alias Marvin B. Brown, v. STATE.**
8 Div. 577.

Court of Appeals of Alabama.
Feb. 1, 1938.

SAMFORD, Judge.
Appeal dismissed.